IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CYNTHIA HUNT PRODUCTIONS, LTD. §
§
    Plaintiffs, §
§
v. §    C. A. No.: 4:07-cv-00170
§
§
EVOLUTION OF FITNESS HOUSTON, §
INC. §
§
    Defendant. §

### PRELIMINARY INJUNCTION

    The Court heard Plaintiff Cynthia Hunt Productions, Ltd.'s applications for preliminary injunction and Defendant Evolution of Fitness Houston, Inc.'s opposition to the application. This Court's findings of fact and conclusions of law are stated on the record and incorporated herein by reference for all purposes.  The court FINDS as follows:

    1.  Plaintiff will suffer irreparable injury, loss or damage if Defendant does not immediately cease its use of Plaintiff's copyrighted work, specifically the video and graphic loader contained on the homepage of Defendant's website, www.evofit.net.

    2.  The injury is irreparable because it cannot be fully measured or compensated with money damages and Plaintiff has no adequate remedy at law.

    3.  There is a substantial likelihood that Plaintiff will succeed on the merits.

    For these reasons the Court ORDERS that Defendant Evolution of Fitness, Inc., its officers, agents, servants, employees, attorneys, and all persons acting in concert with them are restrained from using, copying, displaying, marketing, profiting from Plaintiff's copyrighted work, specifically the video and graphic loader contained on the homepage of Defendant's

Order on Plaintiff's Application for Preliminary Injunctive Relief

511643 000002 HOUSTON 512830.2



website, www.evofit.net, until the full amount of the invoices related to the copyrighted material are paid minus the amounts invoiced for work on the advertisements which are no longer being used.

The Court further ORDERS that, Plaintiff does not waive any statutory or common law rights and remedies it has or may have, either at law or at equity, if the full amount of the invoices related to the copyrighted material are paid.

The Court further ORDERS Plaintiff to post a bond in the amount of $2,500.00.

SIGNED on March 7, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

APPROVED AS TO SUBSTANCE AND AS TO FORM:

By: *R. Brandon Bundren*
THOMAS SANKEY
State Bar No. 17635670
Federal Id No. 7329
6 Gessner Road
Houston, Texas 77024
Phone: 281-546-6804
E-mail: TWSankey@gmail.com
ATTORNEY IN CHARGE FOR PLAINTIFF


OF COUNSEL:

THOMPSON & KNIGHT LLP

R. BRANDON BUNDREN
State Bar No. 24050353
Federal Id. No. 608098
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713.217.2842
Fax: 832.397.8277
e-mail: Brandon.Bundren@tklaw.com



APPROVED AS TO FORM ONLY:

By: _____

MITCHELL J. BUCHMAN
State Bar No. 03290750
440 Louisiana Street, Suite 1130
Houston, Texas 77002
Phone: 713-655-0200
Fax: 713-655-9035
E-mail: lbuch01234@aol.com

ATTORNEY IN CHARGE FOR DEFENDANT