## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA HUNT PRODUCTIONS, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0170 |
| | § | |
| EVOLUTION OF FITNESS HOUSTON INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

### ORDER ENTERING PERMANENT INJUNCTION

Plaintiff Cynthia Hunt Productions, Ltd.'s application for a permanent injunction against defendant Evolution of Fitness Houston, Inc. is granted. This court finds and concludes as follows:

1. The plaintiff has succeeded on the merits in this case. The plaintiff has shown past infringement and substantial likelihood of future infringement by the defendant of the plaintiff's copyrighted work, specifically the video, graphic loader, and photographs displayed on the defendant's website as of February 28, 2007.

2. The plaintiff will suffer irreparable injury, loss or damage if the defendant uses the plaintiff's copyrighted work, specifically the video, graphic loader, and photographs displayed on the defendant's website as of February 28, 2007. That harm cannot be fully measured or compensated with money damages and the plaintiff has no adequate remedy at law.

3. The threatened injury outweighs the harm to the defendant from this injunction.

4. This injunction does not disserve the public interest.

This court orders that the defendant Evolution of Fitness Houston, Inc. and its officers, agents, servants, employees, attorneys, and all persons acting in concert with them, are restrained from using, copying, displaying, or marketing the plaintiff's copyrighted work, specifically the video, graphic loader, and photographs displayed on the defendant's website as of February 28, 2007.

The defendant must destroy or return to the plaintiff any copies of the plaintiff's copyrighted video, graphic loader, and photographs in the possession or control of the defendant or its agents, no later than **September 5, 2007.**

SIGNED on August 16, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge