### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA HUNT PRODUCTIONS, LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| v.  § | CIVIL ACTION NO. H-07-0170 |
| § | |
| EVOLUTION OF FITNESS HOUSTON § | |
| INC., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accord with this court's memorandum and order of even date, the plaintiff is awarded statutory damages in the amount of $6,246.45, prejudgment interest from January 16, 2007 to the date judgment is entered, postjudgment interest at the rate of 4.83%, and costs of court.

The plaintiff may file a motion for an award of attorneys' fees within the time allowed by Rule 54 of the Federal Rules of Civil Procedure. An order of permanent injunction is separately entered under Rule 65 of the Federal Rules of Civil Procedure.

This is a final judgment.

SIGNED on August 16, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge